UNITED STATES of America, Plaintiff–Appellee,

v.

Cedric Demichael BUTLER, Defendant–Appellant.

No. 04–11142.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 11, 2006.

Marc Woodson Barta, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Cedric Demichael Butler appeals the 71–month sentence imposed following his guilty plea conviction for possession of a firearm by a felon. 18 U.S.C. §§ 922(g)(1), 924(a)(2). He argues that his Sixth Amendment rights were violated at sentencing in violation of *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), because his sentence was enhanced on the basis of facts not alleged in the indictment, admitted by him, or proved to a jury beyond a reasonable

---

doubt. The Government argues that the appeal is barred by the appeal waiver provision in Butler's plea agreement. Butler contends that the waiver does not bar the appeal because the waiver contained an exception for an appeal of a sentence in excess of the statutory maximum punishment and because at the time of his plea "*Blakely* was not the law in the Fifth Circuit or any federal jurisdiction."

The record reflects that Butler knowingly and voluntarily waived his right to appeal his sentence. *See United States v. Burns,* 433 F.3d 442, 450–51 (5th Cir.2005); *United States v. Bond,* 414 F.3d 542, 545–46 (5th Cir.2005); *United States v. Cortez,* 413 F.3d 502, 503 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 502, 163 L.Ed.2d 365 (2005). The appeal waiver is enforceable and bars his claims on appeal.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.